UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| In re: Joenell Hairston | ) Chapter 13 Case No. 07-15453-M |
| Geraldine Hairston | ) Hon. Pat E. Morgenstern-Clarren |
| Debtors | ) |

**TRUSTEE'S OBJECTION TO ALLOWANCE OF COURT CLAIM NO. 7 AS FILED BY OHIO DEPARTMENT OF TAXATION, AND MOTION FOR RETURN OF FUNDS**

Craig Shopneck, the duly appointed, qualified and standing Chapter 13 Trustee, hereby objects to the allowance of a claim, pursuant to 11 U.S.C. § 704(5), and demands that all funds previously paid to said Creditor by the Trustee be returned for the benefit of this estate. The Trustee represents to the Court that Court Claim No. 7 filed by Ohio Department of Taxation appears to be improper for the following reason(s):

The claim classifies certain tax penalties as both priority and general unsecured claims. Because these penalty claims have contradictory classifications within the same claim, the Trustee cannot administer the claim as filed.

Therefore, the Trustee respectfully requests that an Order be entered directing that Court Claim No. 7 be disallowed entirely, and that all funds previously paid to this creditor in the sum of $4,102.29 be returned to the Trustee for the benefit of this estate.

/S/ Craig Shopneck
CRAIG SHOPNECK (#0009552)
Chapter 13 Trustee
200 Public Square, BP Tower Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268     Fax (216) 621-4806
ch13shopneck@ch13cleve.com

# CERTIFICATE OF SERVICE

A copy of the foregoing Objection to Claim was served electronically and/or by regular U.S. mail, postage prepaid, on the 12th day of May, 2010, upon the following:

Jon M Ginter, Attorney for Debtors
Rauser & Associates
614 West Superior #950
Cleveland OH 441131306

Geraldine & Joenell Hairston, Debtors
18302 Harland Ave
Cleveland OH 441192038

Attorney General of the State of Ohio
Collection Enforcement
150 East Gay Street
21st Floor
Columbus OH 43215

Ohio Department of Taxation
℅ Rebecca Daum, Attorney – Bankruptcy Division
P.O. Box 530
Columbus OH 43216-0530

Robert J. Fedor, Esq., LLC
2001 Crocker Road, Suite 216
Westlake OH 44145

                                            /S/ Craig Shopneck
                                            CRAIG SHOPNECK (#0009552)

CS/bas
05/12/10